IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHELLE HICKSON, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv835 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on December 29, 2008 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 21, 2009, hereby ADOPTS said Report and Recommendation.

The decision of the Commissioner, that Plaintiff's June 2000 application for benefits cannot be reopened, is found **SUPPORTED BY SUBSTANTIAL EVIDENCE,** is **AFFIRMED.** As no further matters remain pending for the Court's review, this case is **CLOSED.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　　**Chief Judge Susan J. Dlott**
　　　　　　　　　　　　　　　　　　　　**United States District Court**